UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 05 B 00032
  NEMESIO VILLA
  ELIDIA VILLA                                  CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-4654     SSN XXX-XX-2181
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/03/05 and confirmed on 04/08/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 23838.80 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OHIO SAVINGS BANK | CURRENT MORTG | .00 | .00 | .00 |
| OHIO SAVINGS BANK | MORTGAGE ARRE | 15614.03 | .00 | 15614.03 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 3990.54 | 596.78 | 3990.54 |
| CARDIOTHORACIC & VASCULA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| SCOTT I SONG MD | UNSECURED | NOT FILED | .00 | .00 |
| STATE OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED - C | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19604.57 | .00 | .00 | .00 | 19604.57 |
| PRINCIPAL PAID | 19604.57 | .00 | .00 | .00 | 19604.57 |
| INTEREST PAID | 596.78 | .00 | .00 | .00 | 596.78 |
| TOTAL PAID | 20201.35 | .00 | .00 | .00 | 20201.35 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $   2700.00 and was paid $    437.00 direct and $   2263.00 through the plan.

The Trustee received $    886.69 .

Refunds to the Debtor totaled $    487.76 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 06/23/08                            /s/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 05 B 00032 NEMESIO VILLA & ELIDIA VILLA